*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, PENNIX, and HOUTZ
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**George CERDAN-SUAREZ**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202000222**

————————————

Decided: 19 January 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michael D. Zimmerman

Sentence adjudged 12 August 2020 by a special court-martial convened at Marine Corps Base Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 30 days, forfeiture of $1,000 pay per month for two months, and a bad-conduct discharge.

For Appellant:
*Major Brian L. Farrell, USMCR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.